Judy K. Swift, Administrator of the Estate of Earl Swift, Deceased, Appellant-Plaintiff, and Judy Swift Gordon, Appellant-Intervening Plaintiff, v. Hemp and Company, King-Seeley Thermos Company, Successor in Interest to the American Thermos Products Company, Appellee-Defendant.

Gen. No. 66–68.

Third District.

March 13, 1967.

Scott & Sebo, of Canton, for appellant; Berry, Leighty & Simshauser, of Macomb, for appellee. Opinion by PRESIDING JUSTICE STOUDER. Not to be published in full.